IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West

Criminal Case No. 15-MJ-00021-DLW

UNITED STATES OF AMERICA,

Plaintiff,

v.

1.  SAPHARINO TORIVIO,

    Defendant.

---

## FINDINGS OF FACT, CONCLUSIONS OF LAW AND REASONS
## FOR ORDER OF DETENTION

---

THIS MATTER came before the Court for a Identity, Detention and Preliminary Hearing on March 31, 2015 on a Petition on Violation of Supervised Release and Warrant for Arrest of the Releasee.  Present were the following: Todd Norvell, Assistant United States Attorney, Robert Duthie, III, counsel for the Defendant, the Defendant and Probation Officer Erika Hitti.  The Defendant filed written waivers of the Identity and Detention Hearings and reserved his right to a Preliminary Hearing in the District of Utah.

The Petition alleges one (1) violation of Supervised Release by the Defendant. During the hearing on March 31, 2015, the Defendant waived his right to a Preliminary Hearing under Rule 32.1 of the Federal of Criminal Procedure in this District.

Under Rule 32.1, the court "may release or detain the [defendant] under 18 U.S.C. § 3143(a) pending further proceedings.  The burden of establishing that the person will not flee or pose a danger to any other person or to the community rests with the [defendant]."

In making my findings of fact, I have taken judicial notice of the information set forth in the Petition on Violation of Supervised Release and the Defendant's waiver of the Identity and Detention Hearings and I find that the Defendant has not met his burden of proof as to detention.

As a result, after considering all of these factors, I conclude that there is clear and convincing evidence that no condition or combination of conditions for release will reasonably assure the safety of the community. I further find, by a preponderance of the evidence, that no condition or combination of conditions of release will reasonably assure the appearance of the Defendant.

**IT IS HEREBY ORDERED** that the Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and

**IT IS FURTHER ORDERED** that the Defendant be afforded reasonable opportunity for private consultation with counsel; and

**IT IS FURTHER ORDERED** that on order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined shall deliver the Defendant to a United States Marshal for the purpose of transporting the Defendant back to Central Division, District of Utah for further proceedings in that District.

The Defendant will be notified of his next Court appearance.

**DATED and ENTERED** this 31st day of March, 2015.

**BY THE COURT:**

**s/David L. West**
**United States Magistrate Judge**